AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### ANDERSON DIVISION

UNITED STATES OF AMERICA

vs.

RONNIE GENE WILSON
ATLANTIC BULLION & COIN, INC.

**CRIMINAL COMPLAINT**

Criminal Number 8:12-57

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

Beginning in or about January 2001 and continuing to in or about March 2012, in Anderson County, in the District of South Carolina and elsewhere, the defendants knowingly devised a scheme or artifice to defraud and used the United States mail in executing this scheme or artifice to defraud.

I further state that I am a Special Agent, United States Secret Service, and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:  ■ Yes   ☐ No

_____
Thomas M. Griffin, Jr.

Sworn to and subscribed in my presence on April 4, 2012, at Greenville, South Carolina.

Jacquelyn D. Austin
United States Magistrate Judge

_____
Signature of Judicial Officer